TODD W. BURNS
California State Bar No. 194937
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone No. (619) 234-8467
Email: Todd_Burns@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM C. McCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ2592 |
| Plaintiff, | |
| v. | |
| JUAN CARLOS ALFONSO, SR., | NOTICE OF APPEARANCE |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Todd W. Burns, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: August 28, 2008        /s/ *TODD W. BURNS*
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Todd_Burns@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  August 28, 2008                                /s/ TODD W. BURNS
                                                                Federal Defenders of San Diego, Inc.
                                                                225 Broadway, Suite 900
                                                                San Diego, CA  92101-5030
                                                                (619) 234-8467  (tel)
                                                                (619) 687-2666  (fax)
                                                                Todd_Burns@fd.org (email)